MN-305

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

<u>Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund</u>

Debtor: Paul E Pfau and Rebecca H. Pfau
Chapter 7 Case No. 10-32413

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| American Infosource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | 1 | 511.88 | 1.23 |
| Discover Bank DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | 2 | 1477.75 | 3.56 |
| Target | | | 4.79 |

Date: June 20, 2011

_____
Trustee